<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8277**

BILLY JOE SANDERS,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

**No. 08-8279**

TAMMIE RAINES SANDERS,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeals from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (1:06-cr-00030-LHT-DLH-1; 1:06-cr-00030-LHT-DLH-2; 1:08-cv-00199-LHT; 1:08-cv-00200-LHT)

Submitted: July 30, 2009        Decided: August 3, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

_____

Charles Robinson Brewer, Asheville, North Carolina, for Appellants. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Billy Joe Sanders and Tammie Raines Sanders seek to appeal the district court's orders denying relief on their 28 U.S.C.A. § 2255 (West Supp. 2009) motions and the court's subsequent orders denying their motions for new trial. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that the Sanders have not made the requisite showing. Accordingly, we deny certificates of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED